Ida Rich, Plaintiff, v. Bernard Rich, et al., Defendants. Anna Witkov, et al., Counter-Plaintiffs-Appellees, v. Ida Rich, et al., Counter-Defendants-Appellees. On Appeal of Maurice J. Sherow, Intervenor-Petitioner-Appellant.

Gen. No. 47,874.

First District, Third Division.

April 6, 1960.

Jacob Bloom, and Curtis, Friedman, and Marks, for intervenor-petitioner-appellant; Lee, Gieren & Phelan, for appellees. No brief filed by appellees. Opinion by JUSTICE BURKE. Not to be published in full.